PHILLIP A. TALBERT
United States Attorney
PETE THOMPSON
Acting Regional Chief Counsel
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,[1]<br><br>    Defendant. | No. 1:21-cv-00018-EPG<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 20) |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Opening Brief be extended fourteen (14) days from Friday, May 27, 2022 to Friday June 10, 2022.  This is Defendant's second request for an extension.  Counsel for Plaintiff has no objection to Defendant's request for an extension.

    Good cause exists for this request.  In the process of drafting the brief in this case, it became apparent to the drafter of the need to discuss some issues raised in this case with the

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  client, specifically the possibility of settling this case.  This requires further communication

2  between counsel for Defendant and their client.  An extension of 14-days would give sufficient

3  time for the client to consider and respond regarding possible settlement or, if settlement is not

4  possible, briefing the case.

5      Counsel apologizes to the Court for any inconvenience caused by this delay and second

6  request.  All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATE: May 26, 2022        By:    *s/ Oscar Gonzalez de Llano*
                                 OSCAR GONZALEZ DE LLANO
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant


Respectfully submitted,

Attorneys for Plaintiff

DATE: May 26, 2022        By:    *s/ Jonathan O. Pena**
                                 Jonathan O. Pena, Esq.
                                 Pena & Bromberg, Attorneys at Law
                                 (*as authorized by email)

ORDER

Pursuant to the parties' stipulation (ECF No. 20), IT IS HEREBY ORDERED that Defendant shall file a response to Plaintiff's Opening Brief by June 10, 2022. All remaining deadlines in the Scheduling Order (ECF No. 5) are extended accordingly.

IT IS SO ORDERED.

Dated:   **May 27, 2022**              /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE